| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Frost, Gregory L. | 2. Court or Organization U.S. Dist. Ct., S.Dist.of Ohio | 3. Date of Report 05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 169 U.S. Courthouse 85 Marconi Boulevard Columbus, Ohio 43215 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director / Shareholder | W.K. Frost, Inc. ( ▨ owned corporation) |
| 2. Director - Secretary/Treasurer | Maryhaven, Inc. (Non-profit drug and alcahol rehabilitation facility) |
| 3. Adjunct Professor | The Ohio State University, College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | W. K. Frost, Inc. (director's fee) | $2,000.00 |
| 2. 2013 | Ohio Public Employees Retirement System (pension) | $80,312.00 |
| 3. 2013 | The Ohio State University, College of Law - Adjunct Professor | $3,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | State of Ohio, The Supreme Court of Ohio - salary |
| 2. 2013 | Ohio Deferred Compensation - distribution |
| 3. 2013 | Ohio Public Employees Retirement System - pension |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Meridian Condo Project mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Park National Bank Checking Account | | None | J | T | | | | | |
| 2. Park National Bank Checking Account (spouse) | | None | J | T | | | | | |
| 3. W.K. Frost, Inc. - Closely held stock | E | Distribution | M | U | | | | | |
| 4. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | T | | | | | |
| 5. Shrimplin #1 - Royalty Interest, Knox County, Ohio | B | Royalty | J | W | | | | | |
| 6. Deferred Comp. [ ] - Fidelity Growth Company | | None | K | T | | | | | |
| 7. Deferred Comp. [ ] - Fidelity Contrafund | | None | J | T | | | | | |
| 8. Deferred Comp. [ ] Janus Fund | | None | J | T | | | | | |
| 9. Deferred Comp [ ] - Vanguard International Growth | | None | K | T | | | | | |
| 10. Deferred Comp. [ ] ) - Vanguard Institutional Index | | None | K | T | | | | | |
| 11. Deferred Comp. [ ] - Guaranteed Return Option | | None | K | T | | | | | |
| 12. Deferred Comp [ ] - FPA Capital Fund | | None | K | T | | | | | |
| 13. Investment/Rental Property - Cocoa Beach, FL | D | Rent | O | W | | | | | |
| 14. Deferred Comp. [ ] - Fideity Contrafund | | None | K | T | | | | | |
| 15. Deferred Comp. [ ] -Fidelity Growth | | None | K | T | | | | | |
| 16. Deferred Comp. [ ] - Janus Fund | | None | J | T | | | | | |
| 17. Deferred Comp. [ ] - Vanguard International | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deferred Comp. ___ - Vangard Institutional | | None | K | T | | | | | |
| 19. Deferred Comp. ___ - FPA Capital Fund | | None | K | T | | | | | |
| 20. Deferred Comp. ___ - Guaranteed Return | | None | J | T | | | | | |
| 21. Moundbuilders Country Club | A | Interest | J | T | | | | | |
| 22. Park National Bank Savings Account ___ | A | Interest | J | T | | | | | |
| 23. Park National Bank Saving Account | A | Interest | L | T | | | | | |
| 24. Deferred Comp. ___ - Vanguard Capital Opportunity | | None | J | T | | | | | |
| 25. Deferred Comp. ___ - Vanguard Total Bond Market Index | | None | J | T | | | | | |
| 26. Wells Fargo Brokerage Account ___ | A | Interest | J | T | | | | | |
| 27. Wells Fargo Brokerage Account ___ Aflac Inc. | A | Dividend | K | T | | | | | |
| 28. Wells Fargo Brokerage Account ___ Ship Finance Intl. LT | B | Dividend | J | T | | | | | |
| 29. Wells Fargo Brokerage Account ___ Archer-Daniels Midlnd | A | Dividend | K | T | | | | | |
| 30. Wells Fargo Brokerage Account ___ Realty Income Corp | B | Dividend | J | T | | | | | |
| 31. Wells Fargo Brokeraage Account ___ Seadrill LTD | B | Dividend | K | T | | | | | |
| 32. Wells Fargo Brokerage Account ___ AT&T Inc | B | Dividend | K | T | | | | | |
| 33. Wells Fargo Brokerage Account ___ Berkshire Hathaway Inc | | None | K | T | | | | | |
| 34. Wells Fargo Brokerage Account ___ Pepsico | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Brokerage Account [ ] Berkshire Hathaway | | None | K | T | | | | | |
| 36. Wells Fargo Brokerage Account [ ] Intel | A | Dividend | J | T | | | | | |
| 37. Wells Fargo Brokerage Account [ ] Microsoft Corp. | A | Dividend | K | T | | | | | |
| 38. Wells Fargo Brokerage Account [ ] Exelon Corp. | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 39. PNC Investment Management Account [ ] Blackrock MMF | A | Interest | K | T | | | | | |
| 40. PNC Investment Mgmt. [ ] Acct. AT&T | A | Dividend | J | T | | | | | |
| 41. PNC Investment Mgmt. Acct. [ ] American Express Co. | A | Dividend | J | T | | | | | |
| 42. PNC Investment Mgmt. Acct. [ ] Amerisource Bergen Corp. | A | Dividend | J | T | | | | | |
| 43. PNC Investment Mgmt. Acct [ ] Apple | A | Dividend | J | T | | | | | |
| 44. PNC Investment Mgmt. Acct. [ ] Baxter International Inc | A | Dividend | K | T | | | | | |
| 45. PNC Investment Mgmt. Acct. [ ] Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 46. PNC Investment Mgmt. Acct. [ ] CSX Corp | A | Dividend | J | T | | | | | |
| 47. PNC Investment Mgmt. Acct. [ ] Chubb Corp | A | Dividend | J | T | | | | | |
| 48. PNC Investment Mgmt. Acct. [ ] Connecticut St. SER D GO | A | Interest | K | T | | | | | |
| 49. PNC Investment Mgmt. Acct. [ ] Conoco Phillips | A | Dividend | J | T | | | | | |
| 50. PNC Investment Mgmt. Acct. [ ] Consolidated Edision Inc. | A | Dividend | J | T | | | | | |
| 51. PNC Investment Mgmt. Acct. [ ] Disney Walt Co. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Investment Mgmt. Acct. Dupont E I De Nemours & Co. | A | Dividend | J | T | | | | | |
| 53. PNC Investment Mgmt. Acct. Eaton Corp | A | Dividend | J | T | Buy | 02/21/13 | J | | |
| 54. PNC Investment Mgmt. Acct. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 55. PNC Investment Mgmt. Acct. General Electric Co. | A | Dividend | J | T | | | | | |
| 56. PNC Investment Mgmt. Acct. Harbor Int'l Fund Class | A | Dividend | J | T | | | | | |
| 57. PNC Investment Mgmt. Acct. Intel | A | Dividend | J | T | | | | | |
| 58. PNC Investment Mgmt. Acct. IBM | A | Dividend | J | T | | | | | |
| 59. PNC Investment Mgmt. Acct. IShares TR MSCI Emerging | A | Dividend | J | T | | | | | |
| 60. PNC Investment Mgmt. Acct. I Shares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 61. PNC Investment Mgmt. Acct. I Shares Russell Midcap | A | Dividend | K | T | | | | | |
| 62. PNC Invmt. Mgmt. Acct. Ishares TR Russell 2000 Idx | A | Dividend | J | T | | | | | |
| 63. PNC Invmt. Mgmt. Acct. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 64. PNC Invmt. Mgmt. Acct. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 65. PNC Invmt. Mgmt. Acct. Johnson Controls | A | Dividend | J | T | | | | | |
| 66. PNC Invmt. Mgmt. Acct. Litman Gregory Masters Int'l | A | Dividend | J | T | | | | | |
| 67. PNC Invmt. Mgmt. Acct. Mass St. Sch. Bldg Auth Bond | A | Dividend | L | T | | | | | |
| 68. PNC Invmt. Mgmt. Acct. McDonald's Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PNC Invmt. Mgmt. Acct.___ Microsoft Corp | A | Dividend | J | T | | | | | |
| 70. PNC Invmt. Mgmt. Acct.___ Nextera Energy Inc. | A | Dividend | J | T | | | | | |
| 71. PNC Invmt. Mgmt. Acct.___ OSU Ref Ser A | A | Interest | K | T | | | | | |
| 72. PNC Invmt. Mgmt. Acct.___ Oracle | A | Dividend | J | T | | | | | |
| 73. PNC Invmt. Mgmt. Acct.___ Pepsico Inc. | A | Dividend | J | T | | | | | |
| 74. PNC Invmt. Mgmt. Acct.___ Phoenix AZ Civic Impt | A | Interest | K | T | | | | | |
| 75. PNC Invmt. Mgmt. Acct.___ Price T Rowe Grp | A | Dividend | J | T | | | | | |
| 76. PNC Invmt. Mgmt. Acct.___ Proctor & Gamble | A | Dividend | J | T | | | | | |
| 77. PNC Invmt. Mgmt. Acct.___ Qualcomm | A | Dividend | J | T | | | | | |
| 78. PNC Invmt. Mgmt. Acct.___ JM Smucker | A | Dividend | J | T | | | | | |
| 79. PNC Invmt. Mgmt. Acct.___ UPS | A | Dividend | J | T | | | | | |
| 80. PNC Invmt. Mgmt. Acct.___ United Technologies Corp. | A | Dividend | J | T | | | | | |
| 81. PNC Invmt. Mgmt. Acct.___ Univ of CO Enterprise Rev. | A | Interest | K | T | | | | | |
| 82. PNC Invmt. Mgmt. Acct.___ Wells Fargo | A | Dividend | J | T | | | | | |
| 83. PNC Invmt. Mgmt. Acct.___ Wisconsin St. Trans. Rev Bd | | None | | | Matured | 07/01/13 | K | A | |
| 84. Wells Fargo Brokerage Account___ Eaton | A | Dividend | J | T | | | | | |
| 85. Wells Fargo Brok. Acct.___ IShares Dow Jones Select Div. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Brok. Acct. ▒ IShares TR-Dow Jones US Tech. | A | Dividend | J | T | | | | | |
| 87. Wells Fargo Brok. Acct. ▒ Deere & Co. | B | Dividend | K | T | | | | | |
| 88. Wells Fargo Brok. Acct. ▒ Emerson Electric | A | Dividend | K | T | | | | | |
| 89. Wells Fargo Brok. Acct. ▒ IBM | A | Dividend | K | T | | | | | |
| 90. Wells Fargo Brok. Acct. ▒ IShares FTSE EPRA/ETF NAREIT | A | Dividend | J | T | | | | | |
| 91. Wells Fargo Brok. Acct. ▒ S&P US Preferred Stock | A | Dividend | J | T | | | | | |
| 92. Wells Fargo Brok. Acct. ▒ Potash Corp. of Saskatchewan | A | Dividend | J | T | | | | | |
| 93. Wells Fargo Brok. Acct. ▒ Senior Housing Prop. TR REIT | A | Dividend | J | T | | | | | |
| 94. Wells Fargo Brok. Acct. ▒ SPDR S&P Dow Jones INDL ETF | A | Dividend | J | T | | | | | |
| 95. Wells Fargo Brok. Acct. ▒ S&P Emerging ETF Mkts. Div. | A | Dividend | J | T | | | | | |
| 96. Wells Fargo Brok. Acct. ▒ Total S.A. Spons. ADR | B | Dividend | K | T | | | | | |
| 97. Wells Fargo Brok. Acct. ▒ Vale S A ADR | A | Dividend | K | T | | | | | |
| 98. Wells Fargo Brok. Acct. ▒ Vectren Corp. | A | Dividend | K | T | | | | | |
| 99. Wells Fargo Brok. Acct. ▒ Vanguard GNMA FD CL1 | B | Dividend | L | T | Sold (part) | 12/17/13 | J | | |
| 100. Wells Fargo Checking Acct. ▒ | A | Interest | J | T | | | | | |
| 101. Wells Fargo Savings Acct. ▒ | A | Interest | L | T | | | | | |
| 102. Wells Fargo IRA Acct. Blackrock Build America Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PNC Bank Sweep Deposit ▓ (X) | D | Interest | J | T | | | | | |
| 104. PNC Invest. Acct. ▓ Templeton Global Bond Fund AD | A | Dividend | K | T | | | | | |
| 105. PNC Invest. Acct. ▓ T Rowe Price High Yield Fund #57 | A | Dividend | K | T | | | | | |
| 106. PNC Invest. Acct. ▓ IShares Dow Jones US REIT ETF | A | Dividend | J | T | | | | | |
| 107. Wells Fargo Brok. Acct. ▓ Kinder Morgan Inc. | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 108. Wells Fargo Brok. Acct. ▓ Southern Copper Corp. | A | Dividend | J | T | Buy | 03/18/13 | K | | |
| 109. Wells Fargo Brok. Acct. ▓ Royal Dutch Shell PLC | B | Dividend | K | T | Buy | 03/21/13 | K | | |
| 110. Wells Fargo Brok. Acct. ▓ Apple Inc. | A | Dividend | K | T | Buy | 04/17/13 | K | | |
| 111. Wells Fargo Brok. Acct. ▓ Excelon Corp. | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 112. Wells Fargo Brok. Acct. ▓ Diebold | A | Dividend | K | T | Buy | 09/13/13 | K | | |
| 113. PNC Invest. Acct. ▓ Bank of America Corp. | A | Dividend | K | T | Buy | 07/08/13 | K | | |
| 114. PNC Invest. Acct. ▓ Nike | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 115. PNC Invest. Acct. ▓ Campbell Soup Co. | A | Dividend | J | T | | | | | See Comment |
| 116. PNC Invest. Acct. ▓ Chevron Corp. | A | Dividend | J | T | | | | | See Comment |
| 117. PNC Invest. Acct. ▓ Pfizer Inc. | A | Dividend | J | T | | | | | See Comment |
| 118. PNC Invest. Acct ▓ Phillips 66 | A | Dividend | J | T | | | | | See Comment |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frost, Gregory L.** | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following lines were changed                            in 2013 by adding my name to the account: 26 - 37, 39 - 52, 54 - 99, and 103 - 105.

Lines 115 - 118 were purchased on 11/08/11 and were inadvertently not reported on the 2011 and 2012 reports.

No income was received during the reporting period for the following lines: 1, 2, 4, 6 -12, 14 - 20, 24, 25, 33, 35, 51, 83, and 102.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory L. Frost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544